Monica Gonzales,

                Plaintiff,                Case No. 13-CV-168

   v.

**MINUTE SHEET**

Kohn Law Firm SC,

                Defendant.

**Hon. Nancy Joseph presiding.**      **Deputy Clerk:** Karen

**Type of proceeding:** Defendant's Motion to Dismiss

**Date:** 01/14/2015      **Court Reporter:**

**Time Commenced:** 2:04:59      **Time Concluded:** 3:35:13

**Appearances:**    **Plaintiff:**    DeVonna Joy

                     **Defendant:**    Paul Erickson and Joan Huffman

**Comments:**

The defense has filed a motion to dismiss for lack of jurisdiction. The court is in the process of reviewing the plaintiff's response. Parties agree to proceed today by way of oral argument.

Plaintiff states her position that the court should deny the defendant's motion and that the trial should go forward.

Defense states its position and states it also requested that, if the motion to dismiss is denied, the proceedings be stayed to allow for appeal of that decision.

Court statements before ruling. The trial is currently set to begin on 1/20/15. Based on the volume of information presented at this hearing, the court will not have a decision by that date. Therefore, the court will **adjourn** the trial.

Plaintiff requests to be allowed to supplement her response filed on 1/14/15. The plaintiff shall supplement her response within **21 days**. The defendant shall have **14 days thereafter** in which to reply.